Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 9915 | **DATE** | 2/1/2002 |
| **CASE TITLE** | Frances F. Gecker etc. Vs. Catherine Clare Mantelman | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. The motion for a withdrawal is granted. Status hearing set for March 5, 2002 at 9:15am.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | FEB 0 5 2002 date docketed | |
| | Notified counsel by telephone. | | | 5 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 02 FEB -4 PM 2:23 | FEB 0 5 2002 date mailed notice | |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
    JEFFREY A. MANTELMAN, ) No. 01 B 6718
) (Adversary No. 01 A 1216)
Debtor. )

FRANCES F. GECKER, not )
individually but as Chapter 7 Trustee, )
)
Plaintiff, )
)
vs. ) No. 01 C 9915
)
CATHERINE CLARE MANTELMAN, )
)
Defendant. )

FEB 0 5 2002

## MEMORANDUM OPINION AND ORDER

The debtor's Chapter 7 trustee has filed an adversary complaint in bankruptcy against the debtor's present wife, Catherine Clare Mantelman, alleging that the debtor has fraudulently transferred over $1,000,000 in assets to her. She (Clare) has filed a jury demand and now moves for a withdrawal of that reference to the bankruptcy court. The trustee concedes that a withdrawal is necessary if and when the case is ready for trial before a jury, but she argues that withdrawal now is premature, as the case may well conclude by settlement or motion short of trial.

We recognize that we could delay withdrawal but we see no reason to do so. There is no possible relationship to a reorganization plan. The claims rest upon Illinois law. The case is at issue, the defendant having filed her answer January 29, 2002. In those circumstances it serves no real purpose to require the bankruptcy judge to become familiar with the matter while the case remains there (with this court hearing any appeals) and then have ths court

take over, with another learning curve, at a later time. The motion for a withdrawal is granted.

/s/ James B. Moran
JAMES B. MORAN
Senior Judge, U. S. District Court

Feb. 1     , 2002.