# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 9915 | **DATE** | 5/3/2002 |
| **CASE TITLE** | Frances F. Gecker etc. Vs. Catherine Clare Mantelman | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Mantelman moved to withdraw the reference, having demanded a jury. The trustee now moves to strike the jury demand and for reconsideration of the withdrawal of reference. The motions are granted, and the withdrawal of reference is vacated.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | MAY 0 6 2002 date docketed |
| | Notified counsel by telephone. | |
| ✓ | Docketing to mail notices. | docketing deputy initials |
| ✓ | Mail AO 450 form. | |
| | Copy to judge/magistrate judge. | MAY 0 6 2002 date mailed notice |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office — mailing deputy initials |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
JEFFREY A. MANTELMAN, )
      Debtor. )
------------------------------------------------)
FRANCES F. GECKER, not individually )
but as Chapter 7 Trustee, )
      )
      Plaintiff, )
      )
vs. )   No. 01 C 9915
      )
CATHERINE CLARE MANTELMAN, )
      )
      Defendant. )

DOCKETED
MAY 0 6 2002

## MEMORANDUM OPINION AND ORDER

The trustee has sued Catherine Clare Mantelman, the wife of the debtor, to recover allegedly fraudulent transfers. Mantelman moved to withdraw the reference, having demanded a jury. Even though the trustee's claim is a core proceeding, any jury trial would have to take place in district court. Matter of Grabill Corp., 967 F.2d 1152 (7th Cir. 1992). We withdrew the reference, not aware that Mantelman had, three days before, filed an answer in which she asserted a setoff as an affirmative defense. The trustee now moves to strike the jury demand and for reconsideration of the withdrawal of reference. The motions are granted, and the withdrawal of reference is vacated.

Mantelman relies upon In re Concept Clubs, Inc., 154 B.R. 581 (D. Utah 1993), and it does support her position. We agree, however, with In re North American Energy Conservation, Inc., 2000 U.S. Dist. Lexis 15084 (S.D.N.Y. Oct. 12, 2000), and In re Commercial Financial Services, Inc., 255 B.R. 68 (Bankr. N.D. Okla. 2000). A setoff is but another way of

14

making a claim against the estate, and it invokes the equitable jurisdiction of the bankruptcy court. Once having submitted to that jurisdiction, can and should Mantelman be permitted to, in effect, rewrite history by dropping her setoff claims? We think the answer is probably no, but that issue, as well as the trustee's motion to strike Mantelman's first affirmative defense, we leave to the bankruptcy court.

JAMES B. MORAN
Senior Judge, U. S. District Court

May 3, 2002.